1  Mark Brnovich
   Attorney General
2  Firm State Bar No. 14000

3
   Christopher J. Dylla
4  Assistant Attorney General
   State Bar No. 027114
5  Office of the Attorney General
   1275 West Washington Street
6  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-8389
7  Facsimile: (602) 542-4273
8  Email: BankruptcyUnit@azag.gov
   Attorney for the State of Arizona
9    *ex rel*. Arizona Department of Revenue

10
               IN THE UNITED STATES BANKRUPTCY COURT
11
               IN AND FOR THE DISTRICT OF ARIZONA
12

13 | In re:                          | Chapter 13

14 |                                 | Case No. 2:15-bk-14500-EPB

   | DAVID RULON ROBINSON
15 | SSN:  XXX-XX-8949               | **OBJECTION TO CONFIRMATION OF**
                                     | **CHAPTER 13 PLAN**
16

17 |                    Debtor.

18

19         State of Arizona *ex rel.* Arizona Department of Revenue ("Department"), objects to the

20  Chapter 13 plan ("Plan"), filed on December 29, 2015, as follows:

21  **I.      Relevant Factual History.**

22         1.      Debtor filed a bankruptcy petition on November 12, 2015.

23         2.      Debtor is an individual residing in the State of Arizona, and is required to file

24
    and pay certain tax liabilities to the Department, including income taxes.
25

26         3.      The Department filed a proof of claim establishing a priority claim for the 2012,

2013 and 2014 tax periods in the estimated amount of $5,289.00. A true and accurate copy of the Department's "Proof of Claim," dated December 30, 2015, is No. 2-1 on the Court's Claims Register.

4.    To date, Debtor has failed to file the 2012, 2013 and 2014 income tax returns.

**II.    The Plan Does Not Properly Provide for the Department's Priority Tax Claim.**

A.    Debtor Has Failed to File Requisite Tax Returns.

A Chapter 13 plan cannot be confirmed unless the debtor has filed all applicable Federal, State, and local tax returns. 11 U.S.C. § 1325(a)(9). In addition, Rule 2084-5, Local Rules of Bankruptcy Procedure for the District of Arizona, requires that:

> The debtor shall file any due but unfiled tax returns within 60 days after the date first set for the meeting of creditors. If not timely filed, the case trustee may upload an order dismissing the case.

*See also* §§ 1307(e); 1308(a).

Here, Debtor was required to file the tax returns for the periods in question. Since all returns have not been filed as required by the Bankruptcy Code, the Plan should not be confirmed.

B.    The Plan Fails to Provide Full Payment of the Department's Priority Tax Claim.

The Department's tax claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8)(A). Pursuant to § 1322(a)(2), the Plan must provide for the full payment of the Department's claim. Since it does not, the Plan cannot be confirmed. *See* 11 U.S.C. § 1325(a)(1).

Further, § 1328(a) provides that a debtor is not entitled to a discharge of priority claims until after completion of all payments under the plan. To the extent the Plan provides to the

contrary, the Plan cannot be confirmed.  *See* 11 U.S.C. § 1328(a)(2).

**IV.**     **Conclusion.**

Based on the foregoing, the Department requests this Court deny confirmation of the Plan.

RESPECTFULLY SUBMITTED this 20th day of January, 2016.

MARK BRNOVICH
Attorney General


/s/ CD No. 027114
Christopher J. Dylla
Assistant Attorney General
Attorneys for the State of Arizona
 *ex rel.* Arizona Department of Revenue

| | |
|---|---|
| 1 | ORIGINAL of the foregoing |
| 2 | filed electronically<br>this 20th day of January, 2016 with: |
| 3 | |
| 4 | United States Bankruptcy Court<br>Phoenix Division |
| 5 | 230 North First Avenue, Suite 101<br>Phoenix, AZ 85003 |
| 6 | |
| 7 | COPY of the foregoing sent for mailing |
| 8 | this 20th day of January, 2016 to: |
| 9 | David Rulon Robinson<br>4122 East McLellan, #8 |
| 10 | Mesa, AZ 85205<br>Pro Se Debtor |
| 11 | |
| 12 | Edward J. Maney<br>Chapter 13 Trustee |
| 13 | 101 North First Avenue, Suite 1775 |
| 14 | Phoenix, AZ 85003 |
| 15 | |
| 16 | /s/ Brittany Standridge |
| 17 | #4853343/BCE10-00011 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |