Official Form 416A (12/15)

**Form 416A. CAPTION (FULL)**

FILED
2016 JAN 26 AM 9: 35
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# United States Bankruptcy Court

U S Bankruptcy Court District Of Arizona

In re David Robinson,
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

Debtor

Address 4122 E. Mclellan unit 8
Mesa, Az 85205

Case No. 2:15-bk-14500-EPB

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 8949

Chapter 13

Employer's Tax Identification No(s). (if any): _____

[Designation of Character of Paper]

Jan. 26th 2016

Debtor (David Robinson) is requesting to reschedule meeting 341 meeting with Creditors. On December 29th this case was reinstated. While here in the Clerks office, a bomb scare took place and security had us all removed from the building. The Clerk working with me told me to watch the mail and be informed of date and time for the 341 meeting. The first document I received arrived in the mail Jan 21st 2016. This was one day after the 341 meeting was scheduled. Since I was unaware of the meeting time I did not attend. All other documents have been filed on time throughout the remainder of