David L. Johnson (013568)
**JOHNSON LAW OFFICE, PLC**
2812 North Norwalk, Suite 105
Mesa, Arizona 85215
480-347-0888
david@johnsonlawaz.com

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID RULON ROBINSON<br>SSN: XXX-XX-8949<br><br>Debtor. | Chapter 13<br><br>Case No. 2:15-bk-14500-EPB<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

FTAS Legacy XI, LLC ("FTAS"), objects to the Chapter 13 plan ("Plan"), filed on December 29, 2015, as follows:

1. Debtor filed a bankruptcy petition on November 12, 2015.

2. FTAS is the current owner and holder of a lien on Debtor's real property located at 4122 East McLellan Road, #8, Mesa, AZ 85205 (the "Property") pursuant to the Assignment of Deed of Trust and other loan documents dated March 30, 2015, and recorded on March 31, 2015, at Recording No. 2015-0217454, Official Records of Maricopa County Recorder.

3. The outstanding debt secured by FTAS's lien on the Property is in excess of $551,596.29.

4. FTAS is entitled to payment of the debt secured by its lien on the Property in accordance with its lien priority. Since the Plan does not provide for payment to FTAS of the debt secured by FTAS's lien on the Property, the Plan cannot be confirmed.

5. Based on the foregoing, FTAS requests this Court deny confirmation of the Plan.

RESPECTFULLY SUBMITTED this 9th day of March, 2016.

**Johnson Law Office, PLC**

By: /s/ David Johnson
David Johnson
*Attorney for FTAS Legacy XI, LLC*

| | |
|---|---|
| 1 | |
| 2 | ORIGINAL of the foregoing |
| 3 | filed electronically<br>This 9th day of March, 2016 with: |
| 4 | |
| 5 | United States Bankruptcy Court<br>Phoenix Division |
| 6 | 230 North First Avenue, Suite 101<br>Phoenix, AZ  85003 |
| 7 | |
| 8 | COPY of the foregoing sent for mailing |
| 9 | this 9th day of March, 2016, to: |
| 10 | David Rulon Robinson<br>4122 East McLellan, #8 |
| 11 | Mesa, AZ  85205<br>Pro Se Debtor |
| 12 | |
| 13 | Edward J. Maney<br>Chapter 13 Trustee |
| 14 | 101 North First Avenue, Suite 1775<br>Phoenix, AZ  85003 |
| 15 | |
| 16 | |
| 17 | /s/ David Johnson<br>David Johnson |
| 18 | |