Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 213
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| DAVID RULON ROBINSON, | Case No. 2:15-BK-14500-EPB |
| Debtor. | **ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT** |

The Chapter 13 Trustee, Edward J. Maney, having filed an objection to all of the debtor's exemption claims in this case and no response being filed by debtors after the objection was properly noticed to debtor and debtor's counsel;

**THE COURT FINDS AS FOLLOWS:**

That debtor failed to list the statutory basis for the exemption claims in this case;

**NOW, THEREFORE,**

**IT IS ORDERED:**

Sustaining Trustee's objection and denying all the exemption claims listed on Schedule C.

ORDER SIGNED ABOVE